

# CORRECTED JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00408-CR

WYDELL DIXON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 56th District Court of Galveston County.   (Tr. Ct. No. 12-CR-0748).

This case is an appeal from the final judgment signed by the trial court on February 14, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 16, 2014.

Panel consists of Chief Justice Radack and Justices Jennings and Keyes. Opinion delivered by Chief Justice Radack.